**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

SOLO CUP OPERATING CORPORATION,

        Plaintiff,

        v.

LOLLICUP USA, INC.,
CUPDEPOT.COM,

        Defendants.

Case No.

Judge

Magistrate Judge

```
FILED: JULY 31, 2008       LI
08CV4367
JUDGE    KENDALL
MAGISTRATE  JUDGE BROWN
```

**JURY TRIAL DEMANDED**

## COMPLAINT

Solo Cup Operating Corporation ("Solo Cup") for its complaint herein, alleges as follows:

### NATURE AND STATUTORY BASIS OF ACTION

1.      This is an action for: (i) infringement of U.S. Trademark Registration No. 3,284,076 for a disposable plastic cup lid (the "'076 Registration") under the laws of the United States, as provided in 15 U.S.C. § 1114; (ii) unfair competition and false designation of origin under the laws of the United States, as provided in 15 U.S.C. § 1125(a); (iii) dilution of Solo Cup's famous mark under the laws of the United States, as provided in 15 U.S.C. § 1125(c); (iv) deceptive trade practices under the laws of the State of Illinois, as provided by 815 ILCS §§ 510/1–510/7; and (v) consumer fraud under the laws of the State of Illinois, as provided by 815 ILCS §§ 505/1–505/12.

## THE PARTIES

2.      Plaintiff, Solo Cup Operating Corporation ("Solo Cup"), is a Delaware corporation having its principal place of business at 1700 Old Deerfield Road, Highland Park, Illinois 60035.

3.      Defendants, Lollicup USA, Inc. and CupDepot.com (collectively, "Lollicup"), on information and belief, are California corporations, having their principal place of business at 1100 Coiner Court, City of Industry, California 91748.

## JURISDICTION AND VENUE

4.      Subject matter jurisdiction is expressly conferred on this Court under 15 U.S.C. § 1121 and/or 28 U.S.C. §§ 1331 and 1338.

5.      Personal jurisdiction over Defendant lies in this Court pursuant to one or more subsections of 735 ILCS 5/2-209.

6.      Venue is proper in the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1391(b), (c) and/or (d).

## FACTUAL ALLEGATIONS

7.      Solo Cup manufactures, markets, and sells a highly distinctive disposable plastic beverage lid, which it sells and markets under the "Traveler®" mark and which forms the basis of the '076 Registration ("Traveler® Lid"). Solo Cup has continuously marketed and sold the Traveler® Lid throughout the United States and the world for several decades.

8.      Solo Cup is the owner the '076 Registration. The '076 Registration was registered August 28, 2007. A true and accurate copy of the '076 Registration is attached as

2

**Exhibit A**.

9.      This '076 Registration is in full force and effect on the Principal Trademark Register.

10.      Defendant, Lollicup, manufactures, markets, and sells disposable products, including disposable cup lids under its "Karat" brand name throughout the United States in interstate commerce, including on its website www.cupdepot.com.

11.      Notwithstanding Solo Cup's well known and prior-established rights in the Traveler Lid product configuration, Lollicup, under its Karat brand name, has manufactured, sold, and offered for sale, in United States commerce, without Solo Cup's authorization, disposable cup lids bearing the same features as Solo Cup's registered Traveler Lid, as shown in **Exhibit B** (the "Karat Lid").

12.      Lollicup's manufacture, use, offer for sale, sale, distribution, and advertising of the Karat Lid constitutes, on information and belief, a willful and contemptuous attempt to intentionally trade on Solo Cup's valuable reputation and good will in flagrant disregard of Solo Cup's lawful rights. As such, this case is exceptional within the meaning of 15 U.S.C. § 1117(a).

13.      Lollicup's infringing and unfair activities are detrimental to the goodwill and business reputation symbolized by the '076 Registration. All of the foregoing conduct by Lollicup infringes on Solo Cup's trademark resulting in irreparable harm to Solo Cup.

**COUNT I**
**TRADEMARK INFRINGEMENT**

14.      As a complete and first ground for relief, Solo Cup realleges paragraphs 1–13 above and hereby charges Lollicup with infringement of the '076 Registration under 15 U.S.C. § 1114.

3

15.    Notwithstanding Solo Cup's prior-established rights in the '076 Registration, and without authorization, Lollicup has adopted, offered for sale, and/or sold, in United States commerce, the Karat Lid, which is confusingly similar to the Traveler® Lid product configuration shown in the '076 Registration.

16.    Lollicup's adoption and use of the '076 Registration features in commerce, without authorization by Solo Cup, will likely cause confusion, mistake, and/or deception as to the affiliation, connection, and/or association with Solo Cup and its registered Traveler® Lid, or as to the origin, sponsorship, or approval of Lollicup's goods by Solo Cup, in violation of 15 U.S.C. § 1114.

17.    Lollicup's infringement of the '076 Registration is detrimental to Solo Cup's goodwill and business reputation. All of the foregoing conduct by Lollicup infringes the '076 Registration and causes irreparable harm to Solo Cup.

18.    On information and belief, Lollicup's acts alleged herein were committed willfully and with knowledge that such unauthorized trademark use would cause confusion or mistake, or deceive purchasers to believe that Solo Cup sponsored, endorsed, or authorized the Karat Lid, or that the Karat Lid is associated with Solo Cup. Thus, a finding of an exceptional case within the meaning of 15 U.S.C. § 1117(a) is warranted.


## COUNT II
## FEDERAL UNFAIR COMPETITION

19.    As a complete and second ground for relief, Solo Cup hereby charges Lollicup with federal unfair competition under the laws of the United States and, in particular, 15 U.S.C. § 1125(a), for unfair competition, infringement, and unlawful appropriation of highly distinctive

4

features associated with Solo Cup's Traveler® Lid product configuration, and realleges paragraphs 1–13 above.

20.     Without the consent or authorization of Solo Cup, Lollicup has manufactured, promoted, and sold disposable plastic Karat Lids with the same highly distinctive characteristics as Solo Cup's Traveler® Lid product configuration.

21.     Lollicup's adoption and use of the Traveler® Lid product configuration without authorization by Solo Cup will likely cause confusion, mistake, and/or deception as to the affiliation, connection, and/or association with Solo Cup, or as to the origin, sponsorship, or approval of Lollicup's lids by Solo Cup, in violation of 15 U.S.C. § 1125(a).

22.     Lollicup's conduct has and will continue to injure Solo Cup and diminish and destroy Solo Cup's goodwill in its Traveler® Lid product configuration. The foregoing conduct by Lollicup infringes upon the Traveler® Lid product configuration and causes Solo Cup irreparable harm.

23.     On information and belief, Lollicup's acts as alleged herein were committed willfully and with knowledge that such unauthorized use of the Traveler Lid's design would cause confusion or mistake, or would deceive purchasers to believe that Solo Cup sponsored, endorsed, or authorized Lollicup's disposable plastic cup lid, or that Lollicup's lid is associated with Solo Cup. Thus, a finding of an exceptional case is warranted under 15 U.S.C. § 1117(a).

## COUNT III
## TRADEMARK DILUTION

24.     As a complete and third ground for relief, Solo Cup hereby charges Lollicup with trademark dilution under the laws of the United States, in particular, 15 U.S.C. § 1125(c), and realleges paragraphs 1–13 above.

5

25.    As a result of Solo Cup's advertising, promotion, and use of the Traveler® Lid product configuration shown in the '076 Registration, such product configuration has become both distinctive and famous.

26.    On information and belief, Lollicup has willfully and intentionally manufactured, sold, and/or offered for sale the Karat Lid in commerce, which is identical to Solo Cup's Traveler® Lid product configuration, causing dilution of the distinctive qualities of the product shown in the '076 Registration.

27.    Such unlawful and willfully intentional use by Lollicup began after Solo Cup's trademark became famous.

28.    Unless Lollicup's conduct is enjoined, it will dilute the distinctive quality of the Traveler® Lid product configuration, and will inevitably destroy the value of the mark and the goodwill associated therewith, which Solo Cup has spent considerable time, energy, and money to develop, resulting in irreparable harm to Solo Cup.

## COUNT IV
## DECEPTIVE TRADE PRACTICES

29.    As a complete and fourth ground for relief, Solo Cup hereby charges Lollicup with deceptive trade practices, in violation of Illinois Deceptive Trade Practices Act, 815 ILCS §§ 510/1–510/7, and realleges paragraphs 1–13.

30.    Lollicup has offered for sale and sold the Karat Lid featuring the same distinctive features as Solo Cup's Traveler® Lid product configuration, which has caused a likelihood of confusion or of misunderstanding as to affiliation, connection, or association with or certification by Solo Cup, has passed off its products as those of Solo Cup, and/or has engaged in other conduct that similarly creates a likelihood of confusion or misunderstanding.

6

## COUNT V
## CONSUMER FRAUD

31.    As a complete and fifth ground for relief, Solo Cup hereby charges Lollicup with consumer fraud and deceptive business practices, in violation of the Illinois Consumer Fraud and Deceptive Trade Practices Act, 815 ILCS §§ 505/1–505/12, and realleges paragraphs 1–13.

32.    The aforesaid unfair competition and deceptive acts and practices of Lollicup with respect to its advertisement, offering for sale, and/or sale of the Karat Lid constitute consumer fraud and deceptive trade practices, in violation of the Illinois Consumer Fraud and Deceptive Trade Practices Act, 815 ILCS §§ 505/1–505/12, and are subject to the sanctions provided therein.

## PRAYER FOR RELIEF

Solo Cup prays for the following relief:

1.    Judgment that Lollicup has infringed on the '076 Registration and the Traveler® Lid product configuration.

2.    Judgment that Lollicup willfully infringed on the '076 Registration and the Traveler® Lid product configuration.

3.    Judgment that Lollicup willfully intended to trade on the '076 Registration and the Traveler® Lid product configuration.

4.    Judgment that Lollicup competed unfairly with Solo Cup by its advertisement, offering for sale, and/or sale of the Karat Lid.

5.    Judgment that Lollicup diluted the distinctiveness of Solo Cup's Traveler® Lid.

7

6.    Judgment that Lollicup, its officers, agents, servants, employees, attorneys, and all persons in active concert and/or participation with it who receive notice be preliminary and permanently enjoined and restrained from:

(a)    Using any disposable plastic lid identical or confusingly similar to the Traveler® Lid product configuration shown in the '076 Registration, or any colorable imitations thereof, in connection with the advertising, offering for sale, and/or sale of Lollicup's products;

(b)    Otherwise infringing on the Traveler® Lid product configuration shown in the '076 Registration.

(c)    Diluting the distinctiveness of the Traveler® Lid product configuration.

(d)    Causing any misunderstanding as to source, sponsorship, approval, or certification or approval with or by Solo Cup or its products.

7.    Judgment that Lollicup be directed to deliver up to this Court for destruction, pursuant to 15 U.S.C. § 1118, all Karat Lids in its possession, and all websites, plates, molds, matrices, screens, or other means of making or promoting the same.

8.    That an account be held and Judgment rendered that Lollicup is liable:

(a)    For all profits received by Lollicup on account of its infringement and unfair competition; and

(b)    For actual damages sustained by Solo Cup on account of Lollicup's infringement and unfair competition, and due to the flagrant and deliberated nature of such violations, that such damages by trebled and punitive damages be assessed.

9.    Judgment that Lollicup be directed to file in Court, and to serve on Solo Cup, within thirty (30) day after entry of the injunction, a report in writing, under oath, setting forth in detail the manner and form in which they have complied with the injunction.

8

10.    A finding that this case is exceptional pursuant to 15 U.S.C. § 1117(a).

11.    That this Court award attorneys' fees and taxable costs, and such other and further

relief to Solo Cup as this Court deems just.


## JURY DEMAND

Solo Cup requests a trial by jury.



Respectfully submitted,

SOLO CUP OPERATING CORPORATION


Dated: July 30, 2008                    By:

                                        Douglas M. Eveleigh
                                        A.R.D.C. #6255900
                                        Solo Cup Operating Corporation
                                        1700 Old Deerfield Road
                                        Highland Park, IL  60035-3792
                                        Phone: (847) 579-3479
                                        Fax:    (847) 579-3404

                                        Attorney for Solo Cup Operating Corporation

# EXHIBIT A

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 3,284,076
Registered Aug. 28, 2007

## TRADEMARK
### PRINCIPAL REGISTER



SOLO CUP COMPANY (ILLINOIS CORPORA-
TION)
1700 OLD DEERFIELD ROAD
HIGHLAND PARK, IL 60035

FOR: PLASTIC CUP LIDS, IN CLASS 20 (U.S. CLS.
2, 13, 22, 25, 32 AND 50).

FIRST USE 0-0-1984; IN COMMERCE 0-0-1984.

SEC. 2(F).

SER. NO. 76-357,255, FILED 1-10-2002.

CAROLYN CATALDO, EXAMINING ATTORNEY

# EXHIBIT B

Sipper dome Lid For 12~20 oz Hot Cups (1000 pcs/ctn, Black)    http://www.cupdepot.com/s.nl/it.A/id.1404/.f?utm_source=nextag&u...

**Shopping Cart**

○ Your Cart is Empty
○ View Cart

**BROWSE BY CATEGORIES**

→ Eco Friendly Products

→ Cold Cups - PET

→ Cold Cups - PP

→ Cold Cups - Paper

→ Hot Cups - Paper

→ Dessert Cups - PET

→ Food Containers - Paper

→ Straws

→ Plastic Utensils

→ Coffee Supplies

→ Cup Bundles

→ Clearance Items









# Sipper dome Lid For 12~20 oz Hot Cups (1000 pcs/ctn, Black)

High quality sipper lids for 12 oz. and 16 oz. Karat hot cups

**Units Sold By:** Per Case (1000 pieces)

Price: $44.00

**Code:** C-KDL516B

1        Add to Cart

**If you like these items, you may also like:**



12oz Karat Hot Cups (1000 pcs/ctn, White)
Price: $75.00
1        Add to Cart



16oz Karat Hot Cups (1000 pcs/ctn, White)
Price: $80.00
1        Add to Cart



4 cup holder/carrier, paper, for 12~24 oz cup (300/case)
Price: $44.00
1        Add to Cart



Cup Jacket, Generic Print_Ebony (1000/case)
Price: $45.00
1        Add to Cart