## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Solo Cup Operating Corporation v. Lollicup U.S.A., Inc, CupDepot.com | FILED: JULY 31, 2008     LI<br>08CV4367<br>JUDGE    KENDALL<br>MAGISTRATE   JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Solo Cup Operating Corporation, Plaintiff

| | |
|---|---|
| NAME (Type or print)<br>Douglas M. Eveleigh | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *Douglas M. Eveleigh* | |
| FIRM<br>Solo Cup Operating Corporation | |
| STREET ADDRESS<br>1700 Old Deerfield Road | |
| CITY/STATE/ZIP<br>Highland Park, Illinois 60035-3792 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6255900 | TELEPHONE NUMBER<br>(847) 579-3479 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?      YES ✓    NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?      YES    NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES    NO ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL      APPOINTED COUNSEL | |