IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

SOLO CUP OPERATING CORPORATION,

    Plaintiff,

v.

LOLLICUP USA, INC.,
CUPDEPOT.COM,

    Defendants.

Case No.

Judge

Magistrate Judge

```
FILED: JULY 31, 2008         LI
08CV4367
JUDGE   KENDALL
MAGISTRATE   JUDGE BROWN
```

**JURY TRIAL DEMANDED**

**LOCAL RULE 3.2 STATEMENT**

Pursuant to Local Rule 3.2, Solo Cup Operating Corporation hereby states that it has no publicly held Affiliates.

Dated: July 30, 2008

Respectfully submitted,

*[signature]*

DOUGLAS M. EVELEIGH, ESQ.
Illinois Bar No. 6255900
SOLO CUP OPERATING CORPORATION
1700 Old Deerfield Road
Highland Park, IL 60035
(847) 579-3479

*ATTORNEY FOR PLAINTIFF*
*SOLO CUP OPERATING CORPORATION*