IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

SOLO CUP OPERATING CORPORATION,

    Plaintiff,

v.

LOLLICUP USA, INC.,
CUPDEPOT.COM

    Defendants.

Case No. FILED: JULY 31, 2008    LI
08CV4367

Judge JUDGE KENDALL
MAGISTRATE JUDGE BROWN

Magistrate Judge

**JURY TRIAL DEMANDED**

## LOCAL RULE 3.4 NOTICE OF TRADEMARK CLAIM

Pursuant to Local Rule 3.4, Solo Cup Operating Corporation sets forth herein:

**Litigant Names and Addresses**
Solo Cup Operating Corporation, Plaintiff
1700 Old Deerfield Road
Highland Park, Illinois 60035

Lollicup U.S.A., Inc., Defendant
1100 Coiner Court
City of Industry, California 91748

CupDepot.com, Defendant
1100 Coiner Court
City of Industry, California 91748

**Trademark Registration Number at Issue**
Registration No. 3,284,076

Dated: July 30, 2008

Respectfully submitted,

*[signature]*

DOUGLAS M. EVELEIGH, ESQ.
Illinois Bar No. 6255900
SOLO CUP OPERATING CORPORATION
1700 Old Deerfield Road
Highland Park, IL 60035
(847) 579-3479

*ATTORNEY FOR PLAINTIFF*
SOLO CUP OPERATING CORPORATION